JERRY SCANZILLO, Appellant, *v.* BEATRICE HIRSHON et al., as Executors and Trustees of the Estate of CHARLES HIRSHON, Deceased, Respondents.

Submitted October 9, 1939; decided October 30, 1939.

*Charles H. Kelman* for appellant.

*B. G. Barton* for respondents.

Judgment affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.